**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:<br>WELCH, PAUL J<br>PAXTON, KRYSTLE A<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-08022 ABG<br><br>JUDGE A. Benjamin Goldgar |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   Park City Branch Court
          301 Greenleaf Ave., Courtroom B
          Park City, Illinois 60085

    on:   **December 5, 2008**
    at:   **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $      5,027.25

    b. Disbursements                         $        472.91

    c. Net Cash Available for                $      4,554.34
    Distribution

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| JOHN E. GIERUM (Trustee Fees) | | 0.00 | $1,252.73 |
| JOHN E. GIERUM (Trustee Expenses) | | 472.91 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $46,438.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 7.11%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Navy Federal Credit Union | $ 18,145.72 | $ 1290.10 |
| 2 | Navy Federal Credit Union | $ 17,989.57 | $ 1278.99 |
| 3 | Capital Recovery One | $ 190.42 | $ 13.54 |
| 4 | Aafes/Mil Star/Exchange | $ 1,944.80 | $ 138.26 |
| 5 | T-Mobile Bankruptcy | $ 164.18 | $ 11.67 |
| 6 | Premier Bankcard | $ 453.70 | $ 32.25 |
| | | $ | $ |
| 8 | Premier Bankcard | $ 507.10 | $ 36.05 |
| 9 | Consumer Financial | $ 7,043.40 | $ 500.75 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: Bank accounts at Great Lakes and Navy Federal, furnishings, doll collection, clothing, jewelry, term life insurance, retirement plan, 1985 Pontiac and work tools.

Dated: October 30, 2008            For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:   JOHN E. GIERUM
Address:   GIERUM & MANTAS
           SUITE 1015
           9700 WEST HIGGINS ROAD
           ROSEMONT, IL 60018
Phone No.: (847) 318-9130

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 2                   Date Rcvd: Oct 30, 2008
Case: 06-08022                Form ID: pdf002              Total Served: 49

The following entities were served by first class mail on Nov 01, 2008.
db           +Paul J Welch,    2905 19th Place Apt 4,    North Chicago, IL 60064-1963
jdb          +Krystle A Paxton,    2905 19th Place Apt 4,    North Chicago, IL 60064-1963
aty          +Edwin L Feld,    Feld & Korrub, LLC,    29 South LaSalle Street Suite 328,    Chicago, IL 60603-1553
tr           +John E Gierum,    John E Gierum,    Gierum & Mantas,    9700 Higgins Road,    Suite 1015,
               Rosemont, IL 60018-4712
10904352     +Aafes/Mil Star/Exchange,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
10808532     +Army Air Force Exchange,    3911 S Walton Walker Blvd,    Dallas, TX 75236-1598
10808533     +Associates for Women's Health,    3 S. Greenleaf, Ste J,    Gurnee, IL 60031-3377
10808534     +Citibank,    701 E. 60th St, N.,    Sioux Falls, SD 57104-0493
10808535     +College of Lake Couny,    19351 W. Washington,    Grayslake, IL 60030-1198
10808536     +Condell Home Health Care,    c/o Certified Services,    PO Box 177,    Waukegan, IL 60079-0177
10808537     +Condell Medical Center,    36866 Eagle Way,    Chicago, IL 60678-0001
10808538     +Condell Medical Center,    755 S Milwaukee Ave,    # 127,    Libertyville, IL 60048-3267
10808539     +Consumer Financial,    300 S Green Bay Rd,    Waukegan, IL 60085-4822
10808540     +Debt Recovery Solutions,    PO Box 9001,    Westbury, NY 11590-9001
10808541     +Eldibany & Kaul MD,    Dept of Pathology,    2650 Ridge Ave,    Evanston, IL 60201-1718
10808542     +Evanston Hospital,    2650 N. Ridge,    Evanston, IL 60201-1781
10808543     +Excel Emergency Care,    c/o CCB Inc,    PO Box 63,    Kankakee, IL 60901-0063
10808544     +Exchange Credit Program,    PO Box 830031,    Baltimore, MD 21283-0031
10808545     +First Premier Bank,    PO Box 5147,    Sioux Falls, SD 57117-5147
10808546     +Ford Finance,    PO Box 689007,    Franklin, TN 37068-9007
10808547     +GC Services,    6330 Gulfton,    Houston, TX 77081-1198
10808548     +GEMB Wal Mart,    PO Box 981400,    El Paso, TX 79998-1400
10808549     +Gentle Dental,    5101 Washington St,    Gurnee, IL 60031-5916
10808550     +Jeff Brincat,    300 S Green Bay Rd,    Waukegan, IL 60085-4822
10808551     +Kim, D MD Condell Radiology,    801 S Milwaukee Ave,    Libertyville, IL 60048-3204
10808552     +Lake Shore Pathologists,    520 E 22nd Street,    Lombard, IL 60148-6110
10808554     +MBB,    PO Box 1219,    Park Ridge, IL 60068-7219
10808553     +Mazda American Credit,    PO Box 680090,    Franklin, TN 37068-0090
10808555     +Military Star,    PO Box 830031,    Baltimore, MD 21283-0031
10808558     +New Era Medical Services,    PO Box 915,    Bedford Park, IL 60499-0915
10808559     +North Shore Center for Gast,    c/o Mages and Price,    102 Wilmot Rd, Suite 410,
               Deerfield, IL 60015-5104
10967021     +Premier Bankcard,    Premier/CSI Dept SDPR,    PO Box 2208,    Vacaville, CA 95696-8208
10808560      Quest Diagnostics,    1355 Mitchell Blvd.,    Wood Dale, IL 60191
10808561     +Silver MD,    2650 Ridge Ave,    Evanston, IL 60201-1718
10808562     +Sprint,    PO Box 219554,    Kansas City, MO 64121-9554
10808563      St Therese Radiology Assoc.,    PO Box 497,    Waukegan, IL 60079-0497
10808564      Superior Air-Ground Ambulance,    PO Box 1417,    Elmhurst, IL 60126
10808565     +T Mobile,    PO box 742596,    Cincinnati, OH 45274-2596
10929649     +T-Mobile Bankruptcy,    PO BOX 53410,    Bellevue, WA 98015-3410,    ?
10808566     +The Doctors Offices,    c/o Armor Sysytems,    2322 N Green Bay Rd,    Waukegan, IL 60087-4209
10808567     +Triumph Asset Services,    PO Box 82969,    Phoenix, AZ 85071-2969
10808568     +Victory Memorial Hospital,    1324 N. Sheridan Rd,    Waukegan, IL 60085-2199
10808569     +Vista Imaging,    PO Box 497,    Waukegan, IL 60079-0497

The following entities were served by electronic transmission on Oct 31, 2008.
12407639     +E-mail/PDF: rmscedi@recoverycorp.com Oct 31 2008 05:31:49     Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
10808557     +E-mail/PDF: ext_ebn_inbox@navyfederal.org Oct 31 2008 05:33:09     Navy Federal CU,
               820 Follin LN SE,    Vienna, VA 22180-4907
10808556     +E-mail/PDF: ext_ebn_inbox@navyfederal.org Oct 31 2008 05:33:12     Navy Federal Credit Union,
               PO Box 3000,    Merrifield, VA 22119-3000
12390182      E-mail/PDF: rmscedi@recoverycorp.com Oct 31 2008 05:31:48
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
10891269     +E-mail/PDF: rmscedi@recoverycorp.com Oct 31 2008 05:31:49
               Recovery Management Systems Corporation,    For GE Money Bank,    dba WAL-MART,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10808570     +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2008 05:31:19     Wal-Mart,    PO Box 530937,
               Atlanta, GA 30353-0937
                                                                                              TOTAL: 6
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7             Page 2 of 2            Date Rcvd: Oct 30, 2008
Case: 06-08022                Form ID: pdf002         Total Served: 49

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 01, 2008**                        **Signature:**        *Joseph Speetjens*